UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Manuel Pina DEFENDANT(S). | CASE NUMBER EDMJ15-00198 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _May 20_____, _2015_____, at _3:00_____ ☐ a.m. / ☒ p.m. before the Honorable _SHERI PYM_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _5-20-15_

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge